Swartz Campbell LLC
300 Delaware Ave.
Suite 1410
Wilmington DE 19801

voice (302) 656-5935
facsimile (302) 656-1434
smartyniak@swartzcampbell.com
www.swartzcampbell.com

**Shawn Martyniak**
*Attorney At Law*

February 1, 2016

U.S. Magistrate Judge Sherry R. Fallon
United States District Court for the District of Delaware
Office of the Clerk
844 N King Street, Unit 14
Wilmington, DE  19801

      RE:  Robert Winhauer, et al. C.A. No. 1:15-cv-00177-SLR-SRF

Dear Judge Fallon:

    Our office represents Crane Co., the removing Defendant, and we are serving as defense liaison counsel.  Per the Court's Oral Order issued on January 20, 2016, the parties are required to submit a briefing schedule on or before February 1, 2016.

    The deadline to submit substantive motions is March 4, 2016 [D.I. 146]. Plaintiff and Defendants, by stipulation, agree to follow Local Rule 7.1.2(b). Per the local rule, responses will be due on March 18, 2016 and Reply Briefs due on March 25, 2016.

    Counsel will be available to respond to any questions or concerns about the Order

Respectfully Submitted,

SWARTZ CAMPBELL LLC

*/s/ Shawn E. Martyniak*
Shawn E. Martyniak

Enclosure
Cc:    All Counsel of Record (Via electronic filing only)