IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROBERT LEE WINHAUER, JR.,        :
Individually and as Executor of the Estate  :
of ROBERT LEE WINHAUER, and on     :
behalf of all Wrongful Death beneficiaries, :
                              :
              Plaintiff,        :
                              :
            v.                :     Civil Action No. 15-177-RGA-SRF
                              :
AIR & LIQUID SYSTEMS          :
CORPORATION, et al.,           :
                              :
            Defendant.      :

**ORDER**

This ___ day of August 2016, upon consideration of the Magistrate Judge's Report and

Recommendation dated July 13, 2016, and no objections to the Report and Recommendation

having been received, and the Court having reviewed the Magistrate Judge's Report and

Recommendation, IT IS HEREBY ORDERED:

1.  The Report and Recommendation (D.I. 238) is **ADOPTED**.

2.  Defendant John Crane, Inc.'s Motion for Summary Judgment (D.I. 150) is

**GRANTED**.

3.  Defendant Flowserve US, Inc.'s Motion for Summary Judgment (D.I. 159) is

**GRANTED**.

4.  Defendant Carver Pump Co.'s Motion for Summary Judgment (D.I. 163) is

**GRANTED**.

5. Defendant Velan Valve Corp.'s Motion for Summary Judgment (D.I. 171) is **GRANTED**.

6. Defendant Cleaver-Brooks Inc.'s Motion for Summary Judgment (D.I. 177) is **GRANTED**.

7. Defendant Sterling Fluid Systems (USA) LLC's Motion for Summary Judgment (D.I. 166) is **GRANTED.**

8. Defendant FMC Corp.'s Motion for Summary Judgment (D.I. 169) is **GRANTED.**

9. Defendant Crane Co.'s Motion for Summary Judgment (D.I. 157) is **GRANTED**.

10. Defendant Borg-Warner Morse Tec LLC's Motion for Summary Judgment (D.I. 173) is **GRANTED**.

11. Separate judgments will be entered.

United States District Judge