IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROBERT LEE WINHAUER, JR., :
Individually and as Executor of the Estate :
of ROBERT LEE WINHAUER, and on :
behalf of all Wrongful Death beneficiaries, :
:
Plaintiff, :
:
v. : Civil Action No. 15-177-RGA-SRF
:
AIR & LIQUID SYSTEMS :
CORPORATION, et al., :
:
Defendant. :

## ORDER

This 29 day of August 2016, upon consideration of the Magistrate Judge's Report and Recommendation dated August 9, 2016, and no objections to the Report and Recommendation having been received, and the Court having reviewed the Magistrate Judge's Report and Recommendation, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 239) is **ADOPTED.**

2. Defendant Ingersoll Rand Company's Motion for Summary Judgment (D.I. 165) is **GRANTED**.

3. Defendant Honeywell International Inc.'s Motion for Summary Judgment (D.I. 175) is **GRANTED**.

4. Separate judgments will be entered.

United States District Judge